BRADLEY DELEHANTY, as Surviving Trustee for Certificate Holders of Guarantee No. 171,038 of the Bond and Mortgage Guarantee Company under a Declaration of Trust Dated the 1st Day of June, 1936, Appellant, *v.* MORRIS WALZER et al., Respondents.

Argued November 22, 1948; decided January 6, 1949.

*Frederick A. Keck, Otho S. Bowling* and *Andrew F. Van-Thun, Jr.,* for appellant.

*Charles H. Tuttle* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.